IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Steven L. Threlkeld, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 4:07-1855-HMH-TER |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1) (2006).

On July 28, 2008, the Commissioner of Social Security ("the Commissioner") notified the court that he will not file objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not

1

required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Rogers's Report and Recommendation and incorporates it herein.

It is therefore

**ORDERED** that the Commissioner's decision to deny the Plaintiff benefits is vacated, and the case is remanded to the Commissioner for further development of the record consistent with this opinion and the Report and Recommendation as incorporated herein.

**IT IS SO ORDERED.**

    s/Henry M. Herlong, Jr.
    United States District Judge

Greenville, South Carolina
July 30, 2008

2